# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**COLETTE CHATTAWAY, as Personal**
 **Representative of the Estate of**
**STAFF SERGEANT PAUL J.**
**BLANCATO, Deceased,**

     **Plaintiff(s),**

**v.**                                        **CASE NO:  8:03-cv-1398-T-30EAJ**

**BOMBARDIER, INC., et al.,**

     **Defendants.**
_____/


## ORDER OF DISMISSAL

A Notice of Settlement (Dkt. #150) was filed in consolidated case number 8:03-cv-539-T-30MSS on  January 19, 2005, regarding the above-styled case.  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

1)    This case is dismissed.

2)    All pending motions are denied as moot.

3)    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2003\BOMBARDIER\03-cv-1398.dismissal.wpd*